IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ELVIS A. SMITH, SR., | ) |
| | ) Civil No. 1:23-cv-50 |
| Plaintiff, | ) |
| v. | ) |
| | ) (Superior Court - Case No. |
| UNITED STATES MARSHALS SERVICE, | ) SX-22-CV-612) |
| THOMAS MARRA, in his official and | ) |
| individual capacity, ESTATE OF BENJAMIN | ) |
| WOMBACHER, GOVERNMENT OF THE | ) |
| VIRGIN ISLANDS, and the VIRGIN ISLANDS | ) |
| PORT AUTHORITY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO: Clerk of the Court
District Court of the Virgin Islands
Division of St. Croix
Almeric L. Christian Federal Building
St. Croix, Virgin Islands 00820

**PLEASE TAKE NOTICE** that the United States of America, by and through the undersigned attorneys, pursuant to 28 U.S.C. § 1442, hereby gives notice of the removal of the above-entitled action.

The United States shows to the Court that:

1. The United States Marshals Service is a defendant in a civil action for negligent hiring and retention now pending in the Superior Court of the Virgin Islands Division of St. Croix, Case No. SX-22-CV-612.

2. Thomas Marra, former Deputy U.S. Marshal, is a defendant in a civil action for intentional infliction of emotional distress now pending in the Superior Court of the Virgin

Islands, Division of St. Thomas and St. John, Case No. SX-22-CV-612. The case is in its pre-trial stage.

3. The Complaint alleges that Plaintiff Elvis Smith was injured during an altercation with Thomas Marra and Benjamin Wombacher on the ferry dock in Cruz Bay, St. John. A copy of the Complaint as well as a copy of the Superior Court Docket Sheet are attached hereto as Exhibits 1 and 2.

4. At the time of the incident Defendant Marra was an employee of the U.S. Marshals Service for purposes of the Federal Tort Claims Act, 28 U.S.C. 2671 *et seq*.

5. This Notice of Removal is supported by 28 U.S.C. § 1442(a)(1) which provides in pertinent part:

> A civil action that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity...

**PLEASE TAKE FURTHER NOTICE** that the Superior Court of the Virgin Islands is considered a State Court for the purpose of removal and that the filing of this Notice of Removal divests the Superior Court of jurisdiction over this case. A copy of this Notice of Removal will be filed with the Superior Court of the Virgin Islands.

**WHEREFORE**, the United States of America gives notice that the action commenced against it in the Superior Court is removed to the District Court of the Virgin Islands, pursuant to 28 U.S.C. §§ 1442.

DATED: November 13, 2023              Respectfully submitted,

                                                 DELIA L. SMITH
                                                 UNITED STATES ATTORNEY

                                               By: s/ Kimberly L. Cole
                                               Kimberly L. Cole
                                               Assistant United States Attorney
                                               5500 Veterans Drive, Suite 260
                                               St. Thomas, VI 00802
                                               (340) 774-5757

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 13th day of November 2023, I caused a copy of the foregoing Notice of Removal to be electronically filed and served, via the ECF system, U.S. Postal System, and email, on the following:

Ronald Russell, Esq.  
The Russell Law Firm, LLP  
2157 King Cross Street  
Christiansted, VI 00820  
canaanlawgroup@gmail com  

Thomas K. Marra  
120 Lebrun Ave.  
Amityville, NY 11701-4249  

Estate of Benjamin Wombacher  
Hallie Wombacher  
10 Foster Lane  
Downingtown, PA 19335-3380  

Carlton Dowe  
Executive Director  
V.I. Port Authority  
P.O. Box 301707  
St. Thomas, VI 00803  

Ariel Smith, Esq.  
Attorney General  
Virgin Islands Department of Justice  
3438 Kronprindsens Gade  
GERS Complex, 2nd floor  
St. Thomas, VI 00802  
Ariel.Smith@doj.vi.gov  

Albert Bryan, Governor  
Office of the Governor  
5047 (21-22) Kongens Gade  
St. Thomas, VI 00802-6487  

                                               s/ Kimberly L. Cole  
                                               Kimberly L. Cole

3