**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **ELVIS SMITH, SR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA FOR THE** | : | |
| **UNITED MARSHAL SERVICE, THOMAS** | : | |
| **K. MARRA, in his official and individual** | : | |
| **Capacity, ESTATE OF BENJAMIN** | : | |
| **WOMBACHER, VI PORT AUTHORITY,** | : | |
| **GOVERNMENT OF THE VIRGIN ISLANDS:** | | **NO. 23-56** |

### ORDER

**NOW** this 18th day of July, 2024, upon consideration of the Government of the Virgin Islands' Motion to Dismiss (Doc. No. 6), the plaintiff's response, and the defendant's reply, and the Government of the Virgin Islands' supplemental briefing following our Order converting the motions to dismiss to motions for summary judgment under Federal Rule of Civil Procedure 12(d), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the Government of the Virgin Islands and against plaintiff Elvis Smith, Sr.

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.