# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **ELVIS SMITH, SR.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA FOR THE** | : | |
| **UNITED MARSHAL SERVICE, THOMAS** | : | |
| **K. MARRA, in his official and individual** | : | |
| **Capacity, ESTATE OF BENJAMIN** | : | |
| **WOMBACHER, VI PORT AUTHORITY,** | : | |
| **GOVERNMENT OF THE VIRGIN ISLANDS:** | | NO. 23-56 |

## ORDER

**NOW** this 18th day of July, 2024, upon consideration of the Motion to Dismiss Claims Against the Virgin Islands Port Authority (Doc. No. 16) and the motion having been converted to a summary judgment motion under Federal Rule of Civil Procedure 12(d), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the VI Port Authority and against plaintiff Elvis Smith, Sr.

_____
TIMOTHY J. SAVAGE, J.