## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **ELVIS SMITH, SR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA FOR THE** | : | |
| **UNITED MARSHAL SERVICE, THOMAS** | : | |
| **K. MARRA, in his official and individual** | : | |
| **Capacity, ESTATE OF BENJAMIN** | : | |
| **WOMBACHER, VI PORT AUTHORITY,** | : | |
| **GOVERNMENT OF THE VIRGIN ISLANDS:** | | **NO. 23-56** |

### ORDER

**NOW** this 18th day of July, 2024, it appearing that there is no genuine issue of material fact that plaintiff's claims against defendants Thomas K. Marra and the Estate of Benjamin Wombacher are time barred, it is **ORDERED** that **JUDGMENT** is entered in favor of Thomas K. Marra and the Estate of Benjamin Wombacher and against plaintiff Elvis Smith, Sr.

TIMOTHY J. SAVAGE, J.